Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMACHO, | ) Case No. CV10-00508-PA (OPx) |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| | ) |
| PRIMARY FINANCIAL SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is herewith served upon Defendant.

RESPECTFULLY SUBMITTED this 5th day of April, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Filed electronically on this 5th day of April, 2010, with:

United States District Court CM/ECF system

And hereby served upon all parties

By: <u>s/Todd M. Friedman</u>
     Todd M. Friedman